UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMIE ABBAS,

                       Plaintiff,

      -against-

OFFICER TATE and
CITY OF NEW YORK, et al.,

                       Defendants.
------------------------------------------------------------X

20 civ 3636 (JGK)

### ORDER

A telephone conference will be held on **Tuesday, February 23, 2021, at 11:00am. The facility where the defendant is housed shall make the plaintiff available for the conference.** The parties shall dial in, at **888 363-4749,** with access code **8140049**. Counsel for the City of New York shall forward a copy of this order to the facility where the plaintiff is housed, and shall make all arrangements with the facility to have the plaintiff available for the conference.

**SO ORDERED.**

                                                                     s/John G. Koeltl
                                                          **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        February 2, 2021