**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────────
**SAMIE ABBAS,**

               **Plaintiff,**          20 Civ. 3636 (JGK)

    - against -                    <u>ORDER</u>

**OFFICER TATE**

               **Defendant.**
───────────────────────────────────────
**JOHN G. KOELTL, District Judge:**

    Because of technical difficulties, the conference today was unable to proceed. The conference is adjourned until **March 9, 2021** at 11:30 a.m. Dial-in: 888 363-4749, with access code 8140049.

    Counsel for the facility shall make the plaintiff available for the conference. Counsel for the City of New York shall forward a copy of this Order to the facility and make arrangements to make the plaintiff available for the conference.

    **SO ORDERED.**

**Dated:**    **New York, New York**
             **February 23, 2021**

                                          /s/ John G. Koeltl
                                            **John G. Koeltl**
                              **United States District Judge**