UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SAMIE ABBAS,

                    Plaintiff,                    20-cv-3636 (JGK)

                                                  ORDER

          - against -

OFFICER TATE,

                    Defendant.
_____

JOHN G. KOELTL, District Judge:

     There is a pending motion to dismiss in this case. See ECF
No. 28. The plaintiff should respond within 30 days. The
defendant may reply 14 days thereafter.

     The Clerk's Office is directed to mail a copy of this Order
to the plaintiff's last known address and to note service on the
docket sheet.


SO ORDERED.

Dated:     New York, New York
           December 1, 2021

                                        John G. Koeltl
                                   United States District Judge