```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SAMIE ABBAS,

               Plaintiff,

- against -

OFFICER TATE,

               Defendant.

20-cv-3636 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    On April 30, 2021, the defendant filed a motion to dismiss the plaintiff's complaint. ECF No. 28. The plaintiff never responded to this motion. On December 1, 2021, the Court alerted the plaintiff to this pending motion and instructed the plaintiff to respond within 30 days. ECF No. 34. Because the plaintiff has failed to do so, the Court will decide the defendant's motion on the current papers.

    The Clerk's Office is directed to mail a copy of this Order to the plaintiff's last known address and to note service on the docket sheet.

SO ORDERED.

Dated:    New York, New York
            January 7, 2022

                                                John G. Koeltl
                                     United States District Judge