UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMIE ABBAS,

                Plaintiff,        20-cv-3636 (JGK)

    - against -              <u>ORDER</u>

CORRECTIONS OFFICER TATE,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) report by **February 25, 2022.**

SO ORDERED.

Dated:    New York, New York
            February 4, 2022

                                        John G. Koeltl
                              United States District Judge