UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMIE ABBAS,

                        Plaintiff,          20-cv-3636 (JGK)

      - against -                     ORDER

CORRECTIONS OFFICER TATE,

                        Defendant.

---

JOHN G. KOELTL, District Judge:

The Clerk is requested to update the pro se plaintiff's address to the following:

> Sammie Abbas
> 18-A-3550
> Upstate Correctional Facility
> NYSDOCCS
> 309 Bare Hill Road
> Malone, NY 12953

The defendant's request to extend the deadline to file a Rule 26(f) report, ECF No. 41, is **granted**. The parties should submit a Rule 26(f) report by **March 25, 2022**.

SO ORDERED.

Dated:    New York, New York
          February 24, 2022

                                          John G. Koeltl
                                   United States District Judge