```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SAMIE ABBAS,                                  :
                                              :
             Plaintiff,          :          **ORDER**
                                              :
  -v-                                         :
                                              :          20-CV-3636 (JGK) (JLC)
OFFICER TATE,                                 :
                                              :
             Defendant.          :
---------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      By Order of Reference dated March 29, 2022 (Dkt. No. 45), Judge Koeltl has referred this case to me for general pretrial supervision.  The defendant has submitted a Rule 26(f) discovery plan report (Dkt. No. 43), which, among other things, seeks a discovery status conference in approximately 90 days.  Accordingly, the Court will hold a telephone conference on **June 29, 2022** at **11:00 a.m.** by telephone.  Counsel should contact chambers using the Court's conference line, (877) 873-8017 (Access Code: 5277586).  Defendant is responsible for making arrangements to have Plaintiff available on the telephone conference at that time.

At the conference, the Court will hear from the parties about the status of discovery, set a discovery cut-off date, and discuss the possibility of a settlement conference or referral to the Court mediation program. If the parties require any judicial intervention before the conference, they may make such requests in writing to the Court.

**SO ORDERED.**

Dated: March 30, 2022
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to:**

Samie Abbas
18-A-3550
Upstate Correctional Facility NYSDOCCS
309 Bare Hill Road
Malone, NY 12953